# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 26, 2022

## NO. 03-21-00127-CR

**Roseanne Lupita Sheppard, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order of deferred adjudication entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order of deferred adjudication. Therefore, the Court affirms the trial court's order of deferred adjudication. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.